| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 97-082-029 (SEC) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT PUERTO RICO | DIVISION |
|---|---|---|
| ALEXANDER BOSCANA-RODRIGUEZ | NAME OF SENTENCING JUDGE SALVADOR E. CASELLAS | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/29/05 | TO |

OFFENSE

21 U.S.C. Section 846

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____PUERTO RICO_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____WESTERN DISTRICT OF VIRGINIA_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_7/11/08_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____WESTERN_____ DISTRICT OF _____VIRGINIA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/12/08_
Effective Date

_[signature]_
United States District Judge

UNITED STATES GOVERNMENT

# Memo

**To:**     Lida Egelé
            Operations Manager

**From:**   Yarixa Vazquez
            U.S. Probation Officer

**Date:**   August 28, 2008

**Subject:** BOSCANA-RODRIGUEZ, Alexander
             TRANSFER OF JURISDICTION

Attached find a copy of Probation Form 22- Transfer of Jurisdiction duly signed by all pertinent parties for your information. Please notify our office in writing once the transfer of jurisdiction procedure has been completed.

Should you have any questions or concerns in this case please do not hesitate to contact me at (787) 766-5920. Thank you for your attention.


YVM

Enclosure