# UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO
### FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
### CARLOS CHARDON AVE.
### HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN  TEL. (787) 772-3011
CLERK  FAX (787) 772-3210

September 2, 2008

Mr. John F. Corcoran
Clerk of Court
180 W. Main Street
Room 104
Abingdon, VA 24210

      Re:  Criminal No.97-82-29 (SEC)
           United States of America
           v.Alexander Boscana-Rodriquez

Dear Mrs Loesch:

In accordance with Transfer of Jurisdiction Order filed in the above-entitled case on August 29th, 2008, we enclose the following documents:

1. Certified copy of Indictment filed on April 23rd, 1997, (docket #2); certified copy of Superseding Indictment filed on December 17th, 1997 (docket #444).

2. Certified copy of Judgment filed January 25th, 1999(docket #1841).

3. Certified copy of Transfer of Jurisdiction Order filed August 29th, 2008 (docket #3463).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

           Very truly yours,

           FRANCES RIOS DE MORAN
           Clerk of Court

           Lida Isis Egele
           Operations Manager

Encl.
cc: USPO Y. Vazquez