# UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO
**FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767**

CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON. VA
FILED
*Received*
SEP 0 8 2008
JOHN F. CORCORAN, CLERK
BY: _____
TEL. (787) DEPUTY CLERK
FAX (787) 772-3210

FRANCES RIOS DE MORAN
    CLERK

September 2, 2008

3:08CR34
J. MOON

Mr. John F. Corcoran
Clerk of Court
180 W. Main Street
Room 104
Abingdon, VA 24210

        Re:   Criminal No.97-82-29 (SEC)
              United States of America
              v.Alexander Boscana-Rodriguez

Dear Mrs Loesch:

    In accordance with Transfer of Jurisdiction Order filed in the above-entitled case on August 29th, 2008, we enclose the following documents:

1.  Certified copy of Indictment filed on April 23rd, 1997, (docket #2); certified copy of Superseding Indictment filed on December 17th, 1997 (docket #444).

2.  Certified copy of Judgment filed January 25th, 1999(docket #1841).

3.  Certified copy of Transfer of Jurisdiction Order filed August 29th, 2008 (docket #3463).

4.  Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

                Very truly yours,

                FRANCES RIOS DE MORAN
                Clerk of Court

                Lida Isis Egele
                Operations Manager

Encl.
cc: USPO Y. Vazquez

RECEIVED AND FILED
2008 SEP -9 PM 1:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR